```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 27241
   JESSIE L TERRELL
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-4008

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 07/09/2005 and was confirmed 09/08/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

      The case was dismissed after confirmation 10/25/2007.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
ASSET ACCEPTANCE CORP       UNSECURED         2468.88            .00             .00
COMPUTER CREDIT SERVICE     UNSECURED        NOT FILED           .00             .00
COMCAST                     UNSECURED        NOT FILED           .00             .00
COMMONWEALTH EDISON         UNSECURED        NOT FILED           .00             .00
NATIONWIDE ACCEPTANCE~      UNSECURED        NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE    UNSECURED          266.58            .00             .00
TRANSOUTH FINANCIAL         NOTICE ONLY      NOT FILED           .00             .00
PROVIDIAN                   UNSECURED        NOT FILED           .00             .00
CENTRIX FINANCIAL LLC       SECURED          11175.00        1588.07          626.28
CENTRIX FINANCIAL LLC       UNSECURED         8931.39            .00             .00
AMERICAN COLLECTION CO      UNSECURED        NOT FILED           .00             .00
CREDIT EDUCATORS            UNSECURED        NOT FILED           .00             .00
AMERITECH                   UNSECURED        NOT FILED           .00             .00
CITIFINANCIAL AUTO CREDI    UNSECURED        NOT FILED           .00             .00
MCI                         UNSECURED        NOT FILED           .00             .00
MEDICAL COLLECTIONS SYS     UNSECURED        NOT FILED           .00             .00
MUTUAL HOSPITAL             UNSECURED        NOT FILED           .00             .00
NCO FINANCIAL SYSTEM        UNSECURED        NOT FILED           .00             .00
NCO FINANCIAL SYSTEM        UNSECURED        NOT FILED           .00             .00
PROVIDIAN                   NOTICE ONLY      NOT FILED           .00             .00
RESURGENT CAPITAL SERVIC    UNSECURED          893.36            .00             .00
LORRAINE GREENBERG & ASS    DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                  TRUSTEE                                           285.65
DEBTOR REFUND               REFUND                                               .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                          5,200.00

PRIORITY                                                      .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 27241 JESSIE L TERRELL
```

```
SECURED                                                        626.28
    INTEREST                                                 1,588.07
UNSECURED                                                         .00
ADMINISTRATIVE                                               2,700.00
TRUSTEE COMPENSATION                                           285.65
DEBTOR REFUND                                                     .00
                                   ---------------    ---------------
TOTALS                                    5,200.00           5,200.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 01/28/08               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 05 B 27241 JESSIE L TERRELL